UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA G. THOMPSON, individually, and
on behalf of all others similarly situated,

    Plaintiff,

Case No. 8:23-cv-00902

v.

ASHWORTH COLLEGE,

    Defendant.

_____/

## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_\_X\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

-2-

Dated: May 5, 2023                                   Respectfully submitted,

                                                     /s/ Alexander J. Taylor
                                                     Alexander J. Taylor, Esq., *Of Counsel*
                                                     Florida Bar No. 1013947
                                                     Sulaiman Law Group, Ltd.
                                                     2500 S. Highland Ave, Suite 200
                                                     Lombard, IL 60148
                                                     Telephone: (630) 575-8181
                                                     Facsimile: (630) 575-8188
                                                     ataylor@sulaimanlaw.com
                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


                                                     /s/ Alexander J. Taylor
                                                     Alexander J. Taylor, Esq.