# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SANDRA G. THOMPSON, individually, and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>ASHWORTH COLLEGE,<br><br>　　　Defendant. | Case No. 8:23-cv-00902 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, SANDRA G. THOMPSON, and Defendant, ASHWORTH COLLEGE, hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

DATED: May 18, 2023

Respectfully submitted,

SANDRA G. THOMPSON

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Alexander J. Taylor*