# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SANDRA G. THOMPSON, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ASHWORTH COLLEGE, <br><br> Defendant. | Case No. 8:23-cv-00902-CEH-TGW |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, SANDRA G. THOMPSON, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her individual claims against ASHWORTH COLLEGE, with prejudice. Plaintiff also hereby dismisses the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: July 3, 2023

Respectfully Submitted,

SANDRA G. THOMPSON
*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 South Highland Avenue,
Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                */s/ Alexander J. Taylor*