# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SANDRA G. THOMPSON,

    Plaintiff,

v.                                                             Case No: 8:23-cv-902-CEH-TGW

ASHWORTH COLLEGE,

    Defendant.
_____/

## **O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 12). In accord with the Notice of Voluntary Dismissal, it is **ORDERED**:

1) Plaintiff's individual claims against Defendant are dismissed, with prejudice. The claims of the class against Defendant are dismissed without prejudice.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on July 3, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record